UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-5049-JFW (ASx)**                               Dated: **October 27, 2014**

Title:   Cinezeta Internationale Filmproduktionsgesellschaft mbH & Co 1. Beteiligungs KG -v- James Seibel, et al.

---

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

| Minh Zhen Marko Kuo | Howard J. Weg |
| Gregory Alan Fayer | Jennifer W. Leland |

**PROCEEDINGS:**   MOTION TO DISMISS COMPLAINT AND FOR A MORE DEFINITIVE STATEMENT [fld 8/27/14, doc 21]

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court denies the Motion to Dismiss Complaint and for a More Definitive Statement without prejudice.

Counsel shall file a joint report in 30 days as ordered at the hearing.

Initials of Deputy Clerk   sr

1/00